1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  STEVEN R. PINGEL (State Bar No. 52710)
   STEVEN R. PINGEL
6  A Professional Corporation
   444 W. Ocean Blvd., Suite 400
7  Long Beach, CA 90802
   Tel: 562/432-0302  Fax: 866/734-3220
8

9  Attorneys for Plaintiff
   PEPPER BEALL MAUPIN
10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13 | PEPPER BEALL MAUPIN,              ) CASE NO. CV-08-1513-JCS
                                       )
14 |        Plaintiff,                 ) NOTICE AND ACKNOWLEDGMENT OF
                                       ) RECEIPT
15 | v.                                )
                                       )
16 | COLORITE PLASTIC COMPANY,         )
                                       )
17 |        Defendant.                 )
                                       )
18 | _____

19

20 TO:   Defendant COLORITE PLASTIC COMPANY.
21
       This summons and compliant are being served pursuant to Section 415.30 of the
22
   California Code of Civil Procedure and Section 4(e)(1) of the Federal Rules of Civil
23
   Procedure. Your failure to complete this form and return it to me with 20 days may subject
24
   you (or the party on whose behalf you are being served) to liability for the payment of any
25
   expenses incurred in serving a summons on you in any other manner permitted by law.
26
   ///
27
   ///
28
   ///

NOTICE AND ACKNOWLEDGMENT OF RECEIPT                                                       1

If you are being served on behalf a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. On all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other documents are deemed served on the date you sign the Acknowledgment of Receipt below, and you return this form to me.

Dated: April 9, 2008

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: _____/S/_____
THOMAS E. FRANKOVICH
Attorneys for Plaintiff PEPPER BEALL MAUPIN

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of:

1. ☑ A copy of the summons and of the complaint.

Date of receipt: April 11, 2008

_____[signature]_____
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)
Counsel for Tekni-Plex, Inc. sued herein as Colorite Plastic Company

Date this form is signed: April 29, 2008

NEAL POTISCHMAN
(Type or print your name and the name of entity, if any, on whose behalf this form is signed)
Counsel for Tekni-Plex, Inc. sued herein as Colorite Plastic Company