1  Neal A. Potischman (Bar No. 254862)
   Stephanie E. Lockwood (Bar No. 238215)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California  94025
   Telephone:  (650) 752-2000
4  Facsimile:   (650) 752-2111

5  Attorneys for Defendant
   TEKNI-PLEX, INC., sued herein as
6  COLORITE PLASTIC COMPANY

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 PEPPER BEALL MAUPIN,            )   CASE NO. CV-08-1513-JCS
                                   )
12            Plaintiff,           )   **NOTICE OF APPEARANCE**
                                   )
13       v.                        )   Judge:  Magistrate Joseph C. Spero
                                   )
14 COLORITE PLASTIC COMPANY,       )
                                   )
15            Defendant.           )
                                   )
16                                 )
                                   )
17

18 TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

19         PLEASE TAKE NOTICE THAT Neal A. Potischman and Stephanie E. Lockwood

20 of the law firm of Davis Polk & Wardwell hereby appear in this action as counsel on behalf of

21 defendant Tekni-Plex, Inc., sued herein as Colorite Plastic Company, and defendant respectfully

22 requests that all pleadings and other documents be addressed to its counsel as follows:

23
           Neal A. Potischman
24         Stephanie E. Lockwood
           Davis Polk & Wardwell
25         1600 El Camino Real
           Menlo Park, California  94025
26         Telephone:    (650) 752-2000
           Facsimile:    (650) 752-2111
27         Email:        potisch@dpw.com
                         lockwood@dpw.com
28

                                    1
NOTICE OF APPEARANCE – CV-08-1513-JCS

| | | |
|---|---|---|
| 1 | Dated: May 2, 2008 | Respectfully Submitted, |
| 2 | | DAVIS POLK & WARDWELL |
| 4 | | By: s/Neal Potischman |
| | | Neal A. Potischman (Bar No. 254862) |
| 5 | | Stephanie E. Lockwood (Bar No. 238215) |
| 6 | | Attorneys for Defendant |
| | | TEKNI-PLEX, INC., sued herein as |
| 7 | | COLORITE PLASTIC COMPANY |