1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  STEVEN R. PINGEL (State Bar No. 52710)
   STEVEN R. PINGEL
6  A Professional Corporation
   444 W. Ocean Blvd., Suite 400
7  Long Beach, CA 90802
   Tel: 562/432-0302  Fax: 866/734-3220
8

9  Attorneys for Plaintiff
   PEPPER BEALL MAUPIN
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13 PEPPER BEALL MAUPIN,              )   **CASE NO.  C 08-01513 JCS**
                                     )
14     Plaintiff,                    )   **CONSENT TO PROCEED BEFORE A**
                                     )   **UNITED STATES MAGISTRATE JUDGE**
15 v.                                )
                                     )
16 COLORITE PLASTIC COMPANY,         )
                                     )
17     Defendant.                    )
   _____ )
18
        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
19
   party hereby consents to have a United States Magistrate Judge conduct any and all further
20
   proceedings in the case, including trial, and the entry of a final judgment.  Appeal from the
21
   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
22

23
   DATED: May 5, 2008                  THOMAS E. FRANKOVICH
24                                     *A PROFESSIONAL LAW CORPORATION*

25

26                                     By: _____/s/_____
                                              Thomas E. Frankovich
27                                     Attorneys for Plaintiff PEPPER BEALL MAUPIN

28


CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE