Neal A. Potischman (Bar No. 254862)
Stephanie E. Lockwood (Bar No. 238215)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Defendant
TEKNI-PLEX, INC., sued herein as
COLORITE PLASTIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEPPER BEALL MAUPIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLORITE PLASTIC COMPANY,<br><br>　　　　　Defendant. | CASE NO. CV-08-1513<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 13, 2008　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　DAVIS POLK & WARDWELL


　　　　　　　　　　　　　　　　　　　　　　　By:　  s/ Neal A. Potischman
　　　　　　　　　　　　　　　　　　　　　　　　　Neal A. Potischman (Bar No. 254862)
　　　　　　　　　　　　　　　　　　　　　　　　　Stephanie E. Lockwood (Bar No. 238215)

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　TEKNI-PLEX, INC., sued herein as
　　　　　　　　　　　　　　　　　　　　　　　COLORITE PLASTIC COMPANY

1