**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
———————

www.cand.uscourts.gov

Richard W. Wieking                                               General Court Number
Clerk                                                                        415.522.2000

**May 14, 2008**

**CASE NUMBER:  CV 08-01513 JCS**
**CASE TITLE:  PEPPER BEALL MAUPIN-v-COLORITES PLASTIC CO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable MARILYN HALL PATEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MHP** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 5/14/08

                                                            FOR THE EXECUTIVE COMMITTEE:

                                                            _____/s/ Richard W. Wieking_____
                                                                                           Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                          Entered in Computer 5/14/08 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA