1  Neal A. Potischman (Bar No. 254862)
   Stephanie E. Lockwood (Bar No. 238215)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California  94025
   Telephone:  (650) 752-2000
4  Facsimile:   (650) 752-2111
   Email:       neal.potischman@dpw.com
5              lockwood@dpw.com

6  Attorneys for Defendant
   TEKNI-PLEX, INC., sued herein as
7  COLORITE PLASTIC COMPANY

8

9                  UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  PEPPER BEALL MAUPIN,                 CASE NO. CV-08-1513 MHP

13            Plaintiff,                 **DEFENDANT TEKNI-PLEX, INC.'S APPLICATION FOR LEAVE OF COURT TO FILE A MOTION TO DISMISS PRIOR TO THE INITIAL CASE MANAGEMENT CONFERENCE, OR, IN THE ALTERNATIVE, TO ADJOURN THE DEADLINE TO MOVE TO DISMISS OR TO ANSWER THE COMPLAINT**

14       v.

15  COLORITE PLASTIC COMPANY,

16            Defendant.

17

18                                       Complaint served:  April 30, 2008

19

20       Pursuant to standing Order No. 4 of the Honorable Marilyn H. Patel, defendant Tekni-Plex, Inc., sued as Colorite Plastic Company ("defendant"), hereby requests leave to file a motion to dismiss the complaint in this action ("Complaint") pursuant to Federal Rules of Civil Procedure 12(b)(6), 9(b), and 12(b)(1) for failure to state a claim upon which relief may be granted, for failure to plead her claims with the requisite particularity, for lack of subject matter jurisdiction, and for failure to comply with the procedural requirements of California Civil Code §§ 1780(c) and 1782 of the California Consumer Legal Remedies Act.  Leave of Court is requested for the following reasons:

///

1. The above referenced case was assigned to Your Honor on May 14, 2008.

2. The initial Case Management Conference in this case has been scheduled for July 14, 2008.

3. Currently, the deadline under the Federal Rules of Civil Procedure for defendant to move or to answer the Complaint is Monday, May 19, 2008.

4. Defendant has been diligently working to prepare a motion to dismiss the Complaint, and had planned to file such motion on May 19, 2008.

5. Defendant is aware that Your Honor's Standing Order Number 4 states: "Motions to dismiss shall not be filed before the initial Case Management Conference except by leave of Court."

6. Defendant believes that its motion to dismiss may dispose of the Complaint or substantially narrow the scope of the litigation, which would serve the interests of judicial economy.

7. Accordingly, defendant respectfully seeks leave to file a motion to dismiss in advance of the July 14, 2008 initial Case Management Conference.

8. Should the Court grant defendant leave to file its motion to dismiss on May 19, 2008, defendant expects that briefing will be complete prior to the scheduled initial Case Management Conference.

9. In the alternative, defendant respectfully requests that the Court adjourn the deadline to move to dismiss or to answer the Complaint until ten days after the initial Case Management Conference.

///

///

///

///

///

1  Accordingly, defendant asserts that there is good cause for granting leave as requested in
2  this application.

Dated:  May 15, 2008                             Respectfully Submitted,

DAVIS POLK & WARDWELL


By:   /s/ Neal A. Potischman
         Neal A. Potischman (Bar No. 254862)
         Stephanie E. Lockwood (Bar No. 238215)

Attorneys for Defendant
TEKNI-PLEX, INC., sued as
COLORITE PLASTIC COMPANY

3
DEFENDANT'S APPLICATION FOR LEAVE TO FILE A MOTION TO DISMISS PRIOR TO THE INITIAL CASE MANAGEMENT
CONFERENCE, OR, IN THE ALTERNATIVE, TO ADJOURN THE DEADLINE TO MOVE OR ANSWER THE COMPLAINT
CASE NO. CV-08-1513 MHP

1  Neal A. Potischman (Bar No. 254862)
   Stephanie E. Lockwood (Bar No. 238215)
2  DAVIS POLK & WARDWELL
   1600 El Camino Real
3  Menlo Park, California  94025
   Telephone: (650) 752-2000
4  Facsimile:  (650) 752-2111

5  Attorneys for Defendant
   TEKNI-PLEX, INC., sued herein as
6  COLORITE PLASTIC COMPANY

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 | PEPPER BEALL MAUPIN,           | CASE NO. CV-08-1513 MHP
12 |              Plaintiff,        | **[PROPOSED] ORDER GRANTING TEKNI-PLEX, INC.'S REQUEST FOR LEAVE OF COURT TO FILE A MOTION TO DISMISS**
13 |       v.                       |
14 | COLORITE PLASTIC COMPANY,      | Complaint served:  April 30, 2008
15 |              Defendant.        |
16 |                                |
17

18

19      The Court, having considered the application of defendant Tekni-Plex, Inc. for leave of

20 Court to file a motion to dismiss prior to the Initial Case Management Conference currently

21 scheduled for July 14, 2008, and GOOD CAUSE APPEARING THEREFOR,

22      Defendant's application for leave of Court to file their motion to dismiss on May 19, 2008

23 is hereby **GRANTED**,

24      **IT IS SO ORDERED.**

25

26 Dated:                  , 2008

27                                                 _____
                                                   HONORABLE MARILYN H. PATEL
28                                                 UNITED STATES DISTRICT COURT JUDGE

1 | Neal A. Potischman (Bar No. 254862)
  | Stephanie E. Lockwood (Bar No. 238215)
2 | DAVIS POLK & WARDWELL
  | 1600 El Camino Real
3 | Menlo Park, California 94025
  | Telephone: (650) 752-2000
4 | Facsimile: (650) 752-2111
  | Email: neal.potischman@dpw.com
5 | lockwood@dpw.com

6 | Attorneys for Defendant
  | TEKNI-PLEX, INC., sued herein as
7 | COLORITE PLASTIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PEPPER BEALL MAUPIN, | ) CASE NO. CV-08-1513 MHP |
|---|---|
| Plaintiff, | ) **[PROPOSED] ORDER GRANTING TEKNI-PLEX, INC.'S REQUEST TO ADJOURN THE DEADLINE TO MOVE TO DISMISS OR TO ANSWER THE COMPLAINT** |
| v. | |
| COLORITE PLASTIC COMPANY, | |
| Defendant. | ) Complaint served: April 30, 2008 |

The Court, having considered the request of defendant Tekni-Plex, Inc. to adjourn the deadline for defendant to move to dismiss or to answer the Complaint until ten days after the initial Case Management Conference, and GOOD CAUSE APPEARING THEREFOR,

Defendant's request to adjourn the deadline to move to dismiss or to answer the Complaint until ten days after the initial Case Management Conference is hereby **GRANTED**,

**IT IS SO ORDERED.**

Dated:            , 2008

_____
HONORABLE MARILYN H. PATEL
UNITED STATES DISTRICT COURT JUDGE