Neal A. Potischman (Bar No. 254862)
Stephanie E. Lockwood (Bar No. 238215)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@dpw.com
       lockwood@dpw.com

Attorneys for Defendant
TEKNI-PLEX, INC., sued herein as
COLORITE PLASTIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEPPER BEALL MAUPIN,<br><br>          Plaintiff,<br><br>     v.<br><br>COLORITE PLASTIC COMPANY,<br><br>          Defendant. | CASE NO. CV-08-1513 MHP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT TEKNI-PLEX, INC.'S REQUEST FOR LEAVE OF COURT TO FILE A MOTION TO DISMISS**<br><br>Complaint served: April 30, 2008 |

The Court, having considered the supplemental application of defendant Tekni-Plex, Inc. for leave of Court to file its motion to dismiss prior to the Initial Case Management Conference currently scheduled for July 14, 2008, and GOOD CAUSE APPEARING THEREFOR,

Defendant's application for leave of Court to file its motion to dismiss is hereby **GRANTED**,

     **IT IS SO ORDERED.**


Dated: May 21, 2008

IT IS SO ORDERED
Judge Marilyn H. Patel

_____
                                    PATEL
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING LEAVE OF COURT PURSUANT TO STANDING ORDER NO. 4
CASE NO. CV-08-1513 MHP