1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  STEVEN R. PINGEL (State Bar No. 52710)
   STEVEN R. PINGEL
6  A Professional Corporation
   444 W. Ocean Blvd., Suite 400
7  Long Beach, CA 90802
   Tel: 562/432-0302  Fax: 866/734-3220
8

9  Attorneys for Plaintiff
   PEPPER BEALL MAUPIN
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13 PEPPER BEALL MAUPIN,           )  **CASE NO.  C 08-01513 JCS**
                                  )
14     Plaintiff,                 )  **NOTICE OF VOLUNTARY DISMISSAL**
                                  )
15 v.                             )  (Fed. R.Civ. P. 41(a)(1)(i))
                                  )
16 COLORITE PLASTIC COMPANY,      )
                                  )
17     Defendant.                 )
   _____)

18
        NOTICE IS HEREBY GIVEN that plaintiff PEPPER BEALL MAUPIN, by and
19
   through her undersigned counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily
20
   dismiss this action without prejudice, each party to bear its own attorneys' fees, costs and
21
   litigation expenses.
22

23 DATED: June 13, 2008           THOMAS E. FRANKOVICH
                                  *A PROFESSIONAL LAW CORPORATION*
24

25
                                  By: _____/s/_____
26                                     Thomas E. Frankovich
                                   Attorneys for Plaintiff PEPPER BEALL MAUPIN
27

28

NOTICE OF VOLUNTARY DISMISSAL                                                                 1