1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  STEVEN R. PINGEL (State Bar No. 52710)
   STEVEN R. PINGEL
6  A Professional Corporation
   444 W. Ocean Blvd., Suite 400
7  Long Beach, CA 90802
   Tel: 562/432-0302  Fax: 866/734-3220
8

9  Attorneys for Plaintiff
   PEPPER BEALL MAUPIN
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13  PEPPER BEALL MAUPIN,              )  **CASE NO.  C 08-01513 JCS**
                                      )
14          Plaintiff,                )  **NOTICE OF VOLUNTARY DISMISSAL**
                                      )
15  v.                                )  (Fed. R.Civ. P. 41(a)(1)(i))
                                      )
16  COLORITE PLASTIC COMPANY,         )
                                      )
17          Defendant.                )
    _____    )
18

19       NOTICE IS HEREBY GIVEN that plaintiff PEPPER BEALL MAUPIN, by and

20  through her undersigned counsel of record, pursuant to Fed.R.Civ. P. 41(a)(1)(i), voluntarily

21  dismiss this action without prejudice, each party to bear its own attorneys' fees, costs and

22  litigation expenses.

23  DATED: June 13, 2008              THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*
24

25

26                                    By: _____/s/_____
                                              Thomas E. Frankovich
27                                    Attorneys for Plaintiff PEPPER BEALL MAUPIN

28

IT IS SO ORDERED
Judge Marilyn H. Patel

NOTICE OF VOLUNTARY DISMISSAL                                                  1